1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2766

**SEALED**

**FILED**

MAR 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,               )<br>    v.                              )<br>                                    )<br> ALEKSANDR KOVALEV,                 )<br> ARTHUR CHANG MENEFEE,              )<br> ADIL QAYYUM,                       )<br> JANNICE RIDDICK,                   )<br>     aka JANNICE FRAZIER,          )<br> FLORENCE FRANCISCO,                )<br> ELSIE PAMELA FULLER, and           )<br> LEONA YEARGIN,                     )<br>                                    )<br>          Defendants.              )<br> _____) | CR. NO. 2:13-CR-0103 KJM<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order and this case, in the above-referenced case, shall be sealed until further order of the Court.

DATED: March 28, 2013

_____
ALLISON CLAIRE
United States Magistrate Judge