**FILED**
April 2, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:13-CR-00103-KJM-1
         Plaintiff,                  )
                                     )   ORDER FOR RELEASE OF
v.                                   )   PERSON IN CUSTODY
                                     )
ALEKSANDR KOVALEV,                   )
                                     )
         Defendant.                  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALEKSANDR KOVALEV</u>, Case No. <u>2:13-CR-00103-KJM-1</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

        ✔    Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔    (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 2, 2013</u> at <u>3:15</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge