RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Court No. 13-cr-0103-MCE** |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT DEFENDANT TO TRAVEL OUT OF STATE; PROPOSED ORDER** |
| ALEKSANDR KOVALEV, | _____ |
| Defendant _____ / | |

Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles hereby stipulate that Mr. Kovalev be permitted to travel to Hawaii with his family from Friday, April 11-Tuesday, April 14, 2014 during the Easter holiday.

/ / /

/ / /

/ / /

/ / /

1

The Office of Pretrial Services has been provided with Mr. Kovalev's itinerary and has no objection to this trip.

Date:   April 5, 2014                          /s/ Randy Sue Pollock
                                               Randy Sue Pollock
                                               Counsel for Defendant
                                               Aleksandr Kovalev

Date:   April 7, 2014                          /s/ Todd Pickles
                                               Todd Pickles
                                               Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that defendant ALEKSANDR KOVALEV be allowed to travel to Hawaii from April 11, 2014 to April 14, 2014.  All the other terms and conditions of pretrial release remain in effect.

SO ORDERED:

Dated:  April 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE