RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BoooB

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:13-CR-00103 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION REGARDING EXCLUDABLE  TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| vs. | ) ) |  |
| ALEKSANDR KOVALEV, *et al.*, | ) ) | **18 U.S.C. § 3161** |
| Defendant. | ) ) ) |  |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Aleksandr Kovalev, by and through his counsel of record, Randy Sue Pollock, hereby stipulate as follows:

1. By previous order this matter was set for a status hearing on April 23, 2015.

2. By this stipulation, defendant Aleksandr Kovalev now moves to continue the status hearing to May 7, 2015, and to exclude time between April 23, 2015 and May 7, 2015, under Local Codes T4 and T2.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

/ / /

STIP & ORDER RE: EXCLUDABLE TIME PERIODS                                                                1

a) On May 1, 2013, the parties except Florence Francisco appeared before the Court for a status hearing at which time the Court, the Honorable Kimberly J. Mueller, presiding, deemed the case complex under Local Code T2 and the corresponding section of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

b) The government has represented that the discovery associated with this case includes investigative reports, loan records, and related documents in electronic form that constitute over 49,000 pages. All of this discovery has been produced directly to counsel.

c) On January 28, 2014, new counsel substituted in for defendant Aleksandr Kovalev.

d) Counsel for defendant Aleksandr Kovalev desires additional time to conduct investigation.

e) Counsel for defendant Aleksandr Kovalev believes that failure to grant the above-requested continuance would deny this defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The United States does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and this defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 23, 2015 through May 7, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant Aleksandr Kovalev's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant Alexsandr Kovalev in a speedy trial.

i) This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2] on the basis that the case is complex due to the number of defendants and nature of the prosecution.

///

j) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 12, 2015                         BENJAMIN B. WAGNER
                                              United States Attorney

                                               /s/ Todd A. Pickles
                                              TODD A. PICKLES, ESQ.
                                              Assistant United States Attorney

Dated: April 12, 2015                          /s/ Randy Sue Pollock
                                              RANDY SUE POLLOCK, ESQ.
                                              Counsel for defendant Aleksandr Kovalev

**ORDER**

The status conference previously set for April 23, 2015, is hereby CONTINUED to May 7, 2015, at 9:00 a.m., pursuant to the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 23, 2015 through May 7, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant Aleksandr Kovalev's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant Aleksandr Kovalev in a speedy trial.

IT IS SO ORDERED.

Dated: April 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT