RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**B**ooo**B**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 2:13-CR-00103 MCE** |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE/TRIAL** |
| vs. ) | **SETTING; ORDER** |
| ) | |
| ALEKSANDR KOVALEV, *et al.*, ) | **18 U.S.C. § 3161** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Todd Pickles, and defendants Aleksandr Kovalev and Arthur Menefee, by and through their respective counsel of record, hereby stipulate to continue the previously set status conference and trial setting from December 4, 2015, to December 10, 2015.  This continuance is at the request of counsel for Mr. Kovalev, who is scheduled to appear in the Northern District of California, Oakland Branch, in *United States vs. Cervantes, et al.*, CR. 12-0792-YGR.

/ / /

STIP & ORDER RE: EXCLUDABLE TIME PERIODS                                                                                     1

The parties further agree and request that the Court find that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    a. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4 through December 10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    b. This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2] on the basis that the case is complex due to the nature of the prosecution.

    c. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence

IT IS SO STIPULATED.

Dated: November 18, 2015                        BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      */s/ Todd A. Pickles*
                                                      TODD A. PICKLES, ESQ.
                                                      Assistant United States Attorney

Dated: November 18, 2015                        */s/ Randy Sue Pollock*
                                                     RANDY SUE POLLOCK, ESQ.
                                                     Counsel for Defendant Aleksandr Kovalev

Dated: November 18, 2015                        */s/ Mark J. Reichel*
                                                     MARK J. REICHEL, ESQ.
                                                     Counsel for Defendant Arthur Menefee

**ORDER**

The status conference previously set for December 4, 2015, is hereby CONTINUED to December 10, 2015, at 9:00 a.m., pursuant to the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 4, 2015 through December 10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  November 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT