RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO.  2:13-CR-00103 MCE** |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS CONFERENCE/TRIAL** |
| vs. | ) | **SETTING; ORDER** |
| | ) | |
| ALEKSANDR KOVALEV, *et al.*, | ) | **18 U.S.C. § 3161** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

STIPULATION

        Plaintiff United States of America, by and through its counsel of record, and defendants

Aleksandr Kovalev, and Arthur Menefee, by and through their counsel of record, hereby stipulate

as follows:

        1.        By previous order this matter was set for a status hearing on December 10, 2015.

        2.        By this stipulation, defendants now move to continue the status conference until

December 17, 2015. Pursuant to the Court's prior order, time was previously excluded until

December 10, 2015.

/ / /

STIP & ORDER RE: EXCLUDABLE TIME PERIODS                                                                    1

3.     The parties agree and stipulate, and request that the Court find the following:

a)     On May 1, 2013, the parties except Florence Francisco appeared before the Court for a status hearing at which time the Court, the Honorable Kimberly J. Mueller, presiding, deemed the case complex under Local Code T2 and the corresponding section of the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

b)     Counsel for the Mr. Kovalev was unavailable for December 10, 2015 due to another matter pending in the Northern District of California, and has requested the matter be continued to December 17, 2015.

c)     The United States does not object to the continuance.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.

Dated: December 15, 2015            BENJAMIN B. WAGNER

United States Attorney

 */s/ Todd A. Pickles*
TODD A. PICKLES, ESQ.
Assistant United States Attorney

Dated: December 15, 2015            */s/ Randy Sue Pollock*
RANDY SUE POLLOCK, ESQ.
Counsel for Defendant Aleksandr Kovalev

Dated: December 15, 2015            */s/ Mark J. Reichel*
MARK J. REICHEL, ESQ.
Counsel for Defendant Arthur Menefee

1

## **ORDER**

2
The status conference previously set for December 10, 2015, is hereby CONTINUED

3
to December 17, 2015, at 9:00 a.m., pursuant to the parties' stipulation.  For the purpose of

4
computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must

5
commence, the time period of October 8, 2015 through December 17, 2015, inclusive, is

6
deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

7
results from a continuance granted by the Court at defendants' request on the basis of the

8
Court's finding that the ends of justice served by taking such action outweigh the best interest

9
of the public and the defendants in a speedy trial.

10
IT IS SO ORDERED.

11

12
Dated:  January 11, 2016

13

14
_____

15
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & ORDER RE: EXCLUDABLE TIME PERIODS                                                                3