RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALEKSANDR KOVALEV, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | **CASE NO.  2:13-CR-00103 MCE** <br><br> **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ORDER** |

Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles, hereby request that the conditions of Mr. Kovolev's bond be modified to include the following condition:

You must prarticpate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer.  You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the Pretrial Services Officer.

STIP & ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Pretrial Serices Officer Michael Evens has requested this modification and the parties have no objection.

IT IS SO STIPULATED.

Dated: November 30, 2016                     /s/ Todd A. Pickles
                                             TODD A. PICKLES, ESQ.
                                             Assistant United States Attorney

Dated: November 30, 2016                     /s/ Randy Sue Pollock
                                             RANDY SUE POLLOCK, ESQ.
                                             Counsel for Defendant Aleksandr Kovalev

IT IS SO ORDERED.

Dated: December 6, 2016

                                             _____
                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE

STIP & ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE