RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00103 MCE |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND TO MODIFY DATES FOR DISCLOSURES AND FILINGS; ORDER |
| vs. | |
| ALEKSANDR KOVALEV, *et al.*, | |
| Defendants. | |

Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles, hereby request that the sentencing in this case be continued from March 9, 2017 to April 27, 2017 and the dates for disclosures and sentencing filings be changed as follows:

Proposed Pre-Sentence Report shall be disclosed to counsel by March 16, 2017;

Counsel's written objections to the pre-sentence report shall be due by March 30, 2017;

The final Pre-Sentence report shall be filed and disclosed by April 6, 2017;

Motion for Correction of the Pre-Sentence Report due by April 13, 2017;

Reply of non-opposition due by April 20, 2017;

Date for Sentencing: April 27, 2017.

This continuance is at the request of defense counsel in order to complete her research and investigation of the actual loss in the case.

United States Probation Officer Shannon Morehouse has no objection to these dates.

**IT IS SO STIPULATED**.

Dated: January 9, 2017          */s/ Todd A. Pickles*
                                TODD A. PICKLES, ESQ.
                                Assistant United States Attorney

Dated: January 9, 2017          */s/ Randy Sue Pollock*
                                RANDY SUE POLLOCK, ESQ.
                                Counsel for Defendant Aleksandr Kovalev

IT IS SO ORDERED.

Dated:  January 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE