RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.  2:13-CR-00103 MCE** |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING DATE AND DATES FOR** |
| vs. ) | **DISCLOSURES AND FILINGS** |
| ) | |
| ALEKSANDR KOVALEV, *et al.*, ) | _____ |
| ) | |
| Defendants. ) | |
| ) | |

    Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles hereby move to continue the date for sentencing and the accompanying dates for disclosure and sentencing filings.  This continuance is at the request of defense counsel who needs additional time to research a sentencing issue dealing with the loss amount.  Continuing the case for sentencing will provide the defense sufficient time to prepare for sentencing.

STIP & ORDER RE: EXCLUDABLE TIME PERIODS                                                                                    1

Counsel proposes the following dates:

| | |
|---|---|
| Proposed Pre-Sentence Report shall be disclosed to counsel no later than | 5/18/2017 |
| Counsel's written objections are due no later than: | 6/1/2017 |
| Pre-Sentence Report shall be filed by | 6/8/2017 |
| Motion for Correction due no later than | 6/15/2017 |
| Reply or statement of non-opposition due | 6/22/2017 |
| Judgment and Sentencing Date | 6/29/2017 |

Dated: March 15, 2017  /s/ Todd A. Pickles
TODD A. PICKLES, ESQ.
Assistant United States Attorney

Dated: March 15, 2017  /s/ Randy Sue Pollock
RANDY SUE POLLOCK, ESQ.
Counsel for Defendant Aleksandr Kovalev

IT IS SO ORDERED.

Dated: March 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIP & ORDER RE: EXCLUDABLE TIME PERIODS    2