| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| 2 | Attorney at Law (CSBN 64493) |
|   | 286 Santa Clara Avenue |
| 3 | Oakland, CA 94610 |
|   | Telephone: (510) 763-9967 |
| 4 | Facsimile: (510) 380-6551 |
| 5 | rsp@rspollocklaw.com |
| 6 | Attorney for Defendant |
|   | ALEKSANDR KOVALEV |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEKSANDR KOVALEV,

    Defendant.
                             /

**Court No. 13-0103-MCE**

**STIPULATION TO CONTINUE DATE FOR SENTENCING**

     Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles hereby stipulate that the sentencing presently set for June 29, 2017 be continued to August 31, 2017. This continuance is at the request of defense counsel in order to complete her preparation for sentencing.

///

///

///

///

///

Defendant Kovalev's Stipulation to Continue Sentencing
CR. 13-00103-MCE

The final presentence report was filed on June 2, 2017. Defendant's motion for correction shall be filed by August 17, 2017 and the reply or statement of non-opposition shall be due no later than August 24, 2017.

Date; June 5, 2017   */s/ Randy Sue Pollock*
Randy Sue Pollock
Counsel for Defendant
Aleksandr Kovalev

Date:  June 5, 2017   /s/ Todd Pickles
Todd Pickles
Assistant United States Attorney

**ORDER**

Good cause having been shown, Defendant Aleksandr Kovalev's sentencing is continued from June 29, 2017 to August 31, 2017.

IT IS SO ORDERED.

Dated:  June 16, 2017

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE