RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEKSANDR KOVALEV,

Defendant.

**Court No. 13-0103-MCE**

**STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING**

---

    Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles hereby stipulate that the sentencing presently set for August 31, 2017 be continued to September 28, 2017. Mr. Kovalev's wife is due to have surgery to remove her spleen sometime in early August and he needs to help her.

///

///

///

///

///

Defendant Kovalev's Stipulation to Continue Sentencing
CR. 13-00103-MCE

The final presentence report was filed on June 2, 2017. Defendant's motion for correction shall be filed by September 14, 2017 and the reply or statement of non-opposition shall be due no later than September 21, 2017.

Date; July 5, 2017                               */s/ Randy Sue Pollock*
                                                 Randy Sue Pollock
                                                 Counsel for Defendant
                                                 Aleksandr Kovalev

Date: July 5, 2017                               /s/ Todd Pickles
                                                 Todd Pickles
                                                 Assistant United States Attorney

## ORDER

It is hereby ordered defendant Aleksander Kovalev's sentencing is continued from August 31, 2017 to September 28, 2017.

IT IS SO ORDERED.

Dated: July 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Defendant Kovalev's Stipulation to Continue Sentencing
CR. 13-00103-MCE