RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEKSANDR KOVALEV,

        Defendant.
_____/

**Court No. 13-0103-MCE**

**STIPULATION TO CONTINUE DATE FOR SENTENCING**

     Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles hereby stipulate that the sentencing presently set for September 28, 2018 be continued to November 30, 2017. This continuance is at the request of defense counsel in order to complete her preparation for sentencing and because of the health of Mr. Kovolev's wife.  Presently, Mrs. Kovalev's surgery for the removal of her spleen is delayed due to an infection that she has had since July.  The doctors are hoping that the surgery can be in late October or early November.

///

///

Defendant Kovalev's Stipulation to Continue Sentencing
CR. 13-00103-MCE

The final presentence report was filed on June 2, 2017. Defendant's motion for correction shall be filed by November 8, 2017 and the reply or statement of non-opposition shall be due no later than November 22, 2017.

Date; September 11, 2017      */s/ Randy Sue Pollock*
Randy Sue Pollock
Counsel for Defendant
Aleksandr Kovalev

Date: September 11, 2017      /s/ Todd Pickles
Todd Pickles
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 14, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Defendant Kovalev's Stipulation to Continue Sentencing
CR. 13-00103-MCE