RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO. 2:13-CR-00103 MCE** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE SENTENCING AND TO MODIFY DATES FOR DISCLOSURES AND FILINGS; ORDER** |
| vs. | ) | |
| | ) | |
| ALEKSANDR KOVALEV, *et al.*, | ) | _____ |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles, hereby stipulate that the sentencing in this case be continued from November 30, 2017, to March 29, 2018, and the dates for disclosures and sentencing filings be changed as follows:

    Motion for Correction of the Pre-Sentence Report due by February 8, 2018;

    Reply of non-opposition due by February 16, 2018;

    Date for Sentencing and Judgment: February 22, 2018.

Counsel learned that Mr. Kovalev recently suffered a heart attack and is scheduled for quadruple open heart surgery on November 16th. Also, defendant's wife's surgery to remove her spleen has been rescheduled for November 6th. Accordingly, defendant Alexsandr Kovalev seeks a four-month continuance for sentencing proceedings.

United States Probation Officer Shannon Morehouse has no objection to this continuance.

**IT IS SO STIPULATED**.

Dated: October 30, 2017      */s/ Todd A. Pickles*
TODD A. PICKLES, ESQ.
Assistant United States Attorney

Dated: October 30, 2017      */s/ Randy Sue Pollock*
RANDY SUE POLLOCK, ESQ.
Counsel for Defendant Aleksandr Kovalev

IT IS SO ORDERED.

Dated: November 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE