RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEKSANDR KOVALEV,

Defendant.
_____/

**Court No. 13-cr-0103-MCE**

**STIPULATION TO CONTINUE DATE FOR SENTENCING**

Defendant Aleksandr Kovalev, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Todd Pickles hereby stipulate that the sentencing presently set for February 22, 2018 be continued to April 12, 2018 at 10 a.m. This continuance is at the request of defense counsel due to Mr. Kovalev's medical condition. Mr. Kovalev suffered a heart attack and had open heart surgery. He is about to begin cardiac rehabilitation and the estimated time for him to complete that is at least two months. His doctor advised that he will be in stable condition after March 30, 2018.

///

///

Defendant Kovalev's Stipulation to Continue Sentencing
CR. 13-00103-MCE

The final presentence report was filed on June 2, 2017. Defendant's motion for correction shall be filed by March 29, 2018 and the reply or statement of non-opposition shall be due no later than April 5, 2018.

United States Probation Officer Shannon Moorhouse has no objection to this continuance.

Date; January 23, 2018
/s/ Randy Sue Pollock
Randy Sue Pollock
Counsel for Defendant
Aleksandr Kovalev

Date: January 23, 2018
/s/ Todd Pickles
Todd Pickles
Assistant United States Attorney

# ORDER

Good cause having been shown, it is hereby ordered that defendant ALEKSANDR KOVALEV's sentencing be continued from February 22, 2018 to April 12, 2018.

IT IS SO ORDERED.

Dated: January 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Defendant Kovalev's Stipulation to Continue Sentencing
CR. 13-00103-MCE