RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ALEKSANDR KOVALEV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

─oOo─

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR13-0103-7-MCE** |
| Plaintiff, | **ORDER TO SEAL DOCUMENTS 339 AND 339-1** |
| vs. | |
| ALEKSANDR KOVALEV, | **Judge: Honorable Morrison C. England, Jr.** |
| Defendant. | |

Good cause having been shown, it is hereby ordered that Defendant Aleksandr Kovalev's Sentencing Memorandum and exhibits thereto, filed March 27, 2018 (ECF Nos. 339 and 339-1) shall be sealed pursuant to Federal Rule of Criminal Procedure 49.1 for a period of one (1) year from the date this order is electronically filed. If counsel wishes to extend this sealing order after that date, counsel must make the request in writing and give further justification for an extension. Counsel shall file redacted versions of the documents not later than April 6, 2018.

IT IS SO ORDERED.

Dated: April 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE