| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR KOVALEV,<br><br>Defendant. | CASE NO. 2:13-CR-00103 MCE<br><br>STIPULATION TO CONTINUE STATUS HEARING; ORDER<br><br>[18 U.S.C. § 3161] |

## **STIPULATION**

The United States, through the undersigned counsel, and defendant Aleksandr Kovalev, through his undersigned counsel, hereby stipulate and jointly request that, pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A(c)(1)(A)(ii), restitution be ordered payable in the amount of $7,411,400, jointly and severally to Arthur Chang Menefee, Elsie Pamela Fuller, Leona Yeargin, and Valeriy Valsilevitsky. The restitution shall be paid to the entities and in the amounts as set forth in the attachment to the Presentence Investigation Report filed at Document No. 305-5.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: June 19, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>Assistant United States Attorney |
| 5 | | |
| 6 | Dated: June 19, 2018 | */s/ Todd A. Pickles authorized to sign for*<br>RANDY SUE POLLOCK, ESQ. |
| 7 | | |
| 8 | | Counsel for defendant Aleksandr Kovalev |

**ORDER**

This matter comes before the Court on the parties Stipulation re: Restitution. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation. It is hereby ordered that the defendant Aleksandr Kovalev shall pay restitution to the entities in the amounts as set forth in the parties' stipulation and in the document attached to the Presentence Investigation Report at Document No. 305-5, and that the Clerk of the Court shall amend the judgment accordingly. The matter is closed.

    IT IS SO ORDERED.

Dated: June 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE