RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551

**Attorney for Defendant**
ALEXANDRE KOVALEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEXANDRE KOVALEV,<br><br>                Defendant. | **CASE NO.13-0103-MCE**<br><br>**REQUEST TO EXTEND DATE FOR SELF-SURRENDER TO BUREAU OF PRISONS; ORDER** |

     Defendant Alexandre Kovalev, by and through his counsel of record, hereby requests an extension of two weeks, from August 30 to September 6, 2018 to surrender to the Bureau of Prisons to serve his sentence. Mr. Kovalev's wife finally had surgery on August 16th to remove her spleen. [**Exh. A,** doctor's letter]. This surgery has been delayed over a year because of problems with her blood. Mr. Kovalev respectfully requests additional time to care for her during this recovery period.

AUSA Todd Pickles opposes this request based on the position of his office that this Court lacks jurisdiction to modify a sentence.

Dated: August 22, 2018                                         Respectfully submitted,

                                                               By:  /s/ RANDY SUE POLLOCK
                                                                RANDY SUE POLLOCK

## ORDER.

Defendant's request for an extension of two weeks to surrender to the Bureau of Prisons to serve his sentence is GRANTED, and his surrender date is continued from August 30, 2018 to September 13, 2018.

IT IS SO ORDERED.

DATED: August 28, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE