RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551

**Attorney for Defendant**
ALEXANDRE KOVALEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEXANDRE KOVALEV,<br><br>            Defendant. | **CASE NO.13-0103-MCE**<br><br>**REQUEST FOR ADDITIONAL EXTENSION OF DATE FOR SELF-SURRENDER TO BUREAU OF PRISONS; ORDER** |

Defendant Alexandre Kovalev, by and through his counsel of record, hereby requests a further extension of one month, from September 13, 2018 to October 18, 2018 to surrender to the Bureau of Prisons to serve his sentence.   This Court recently approved a two week extension until September 13th but unfortunately Mrs. Kovalev's recovery from the removal of her spleen has been complicated by her recent hospitalization for a blood clot.  She is presently at Mercy San Juan Medical Center.  Once she is released from the hospital she will need Mr. Kovalev's assistance at home during her recovery period. [**Exh. A,** doctors letters].

Counsel was not able to discuss this matter with AUSA Todd Pickles but previously he had opposed the initial extension request based on the position of his office that this Court lacks jurisdiction to modify a sentence.

Dated: September 10, 2018                         Respectfully submitted,

By: /s/ RANDY SUE POLLOCK
RANDY SUE POLLOCK

## ORDER

**Dated: September 12, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE