HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ALEKSANDR KOVALEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR KOVALEV,<br><br>Defendant. | No. Cr. S 13-103 MCE 1<br><br>**ORDER TO SEAL MR. ALEKSANDR KOVALEV'S MEDICAL RECORDS – EXHIBITS 2 and 4**<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |
|---|---|

IT IS HEREBY ORDERED that the Request to Seal Exhibits 2 and 4 - Mr. Aleksandr Kovalev's Medical Records – is GRANTED so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: August 12, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE