McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ALEKSANDR KOVALEV,<br><br>                              Defendant. | CASE NO.  2:13-CR-00103-MCE<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.      Defendant Aleksandr Kovalev filed a motion for reduction in sentence and compassionate release on August 10, 2020.  Docket No. 360.  On August 12, 2020, the Court issued a minute order, ordering the government to file the government's response not later than 7 days from the date of the minute order, and ordering the defense to file any response within seven days from the date of the opposition.  Docket No. 364.  Government counsel requests additional time, through and including August 24, 2020, to obtain records and draft the response brief.

2.      Counsel for the defendant does not oppose this request.

///

///

///

///

3.   Accordingly, by this stipulation, the parties now request that:

a)     The government's opposition or response to defendant's motion, Docket No. 360, be due on August 24, 2020; and

b)     The defense reply, if any, will be due on August 31, 2020.


IT IS SO STIPULATED.

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  August 14, 2020

                                        /s/ Shelley D. Weger
                                        SHELLEY D. WEGER
                                        Assistant United States Attorney


Dated:  August 14, 2020                 /s/ David Porter
                                        DAVID PORTER
                                        Counsel for Defendant

STIPULATION AND ORDER                              2

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

      a)     The government's opposition or response to defendant's motion, Docket No. 360, is due on August 24, 2020;

      b)     The defense reply, if any, will be due on August 31, 2020.

IT IS SO ORDERED.

Dated:  August 17, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE