McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR KOVALEV,<br><br>Defendant. | CASE NO. 2:13-CR-00103-MCE<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Aleksandr Kovalev filed a motion for reduction in sentence and compassionate release on August 10, 2020. Docket No. 360. The government's response brief is currently due August 24, 2020, and the defense's reply on August 31, 2020. Docket No. 364. Government counsel requests additional time to obtain additional information relevant to its response, and to draft the response.

2. Counsel for the defendant does not oppose this request.

///
///
///
///
///

STIPULATION AND ORDER

1

1    3.  Accordingly, by this stipulation, the parties now request that:

2        a)    The government's response to defendant's motion, Docket No. 360, be due on
3    August 31, 2020; and

4        b)    The defense reply, if any, will be due on September 7, 2020.

6    IT IS SO STIPULATED.

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

    Dated:  August 20, 2020

                                                    */s/ Shelley D. Weger*
                                                    SHELLEY D. WEGER
                                                    Assistant United States Attorney


    Dated:  August 20, 2020                         /s/ *David Porter*
                                                    DAVID PORTER
                                                    Counsel for Defendant

STIPULATION AND ORDER                      2

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)     The government's response to defendant's motion, Docket No. 360, is due on August 31, 2020;

    b)     The defense reply, if any, will be due on September 7, 2020.

IT IS SO ORDERED.

Dated: August 24, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE