HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALEKSANDR KOVALEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDR KOVALEV,<br><br>Defendant. | No.  Cr. S 13-103 MCE 1<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)**<br><br>Judge:  Honorable MORRISON C. ENGLAND, Jr. |
|---|---|

On August 10, 2020, Mr. Kovalev moved the Court to reduce his sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF 360.  On August 31, 2020, the government filed a statement of non-opposition.  ECF 375.  Having reviewed the motion and response, the Court GRANTS the motion and reduces the sentence of imprisonment imposed on April 12, 2018, to time served.

Defendant is hereby ordered released to reside with his wife, Irina Kovalev, at the Folsom address defense counsel has provided to the Probation Office.  Mr. Kovalev shall exercise all precautions, including using a face mask, while traveling to his home, and shall quarantine there for 14 days.  The conditions of supervised release ordered at sentencing on April 12, 2018, shall take effect immediately on his release from imprisonment and he shall report to the Sacramento Probation Office as previously ordered.  An amended judgment shall follow.

The Clerk's Office is directed to serve a copy of this Order on the U.S. Marshal Service and the Bureau of Prisons to assure Mr. Kovalev's prompt release.

IT IS SO ORDERED.

Dated:  September 3, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE